IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LONNIE VELA,

        Appellant,

 v.

                                  Case No.  5D21-1702
                                  LT Case No. 2020-CF-000636-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed April 19, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Matthew J. Metz, Public Defender, and Andrew
Mich, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Allison L. Morris, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EDWARDS and SASSO, JJ., concur.